T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax: 702/385-3855
*Attorney for Defendant*
*Preston Alookhai Huteson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTON ALOOKHAI HUTESON,<br><br>Defendant. | CASE NO.:   2:20-cr-00224-KJD-BNW<br><br><br>**SUBSTITUTION OF ATTORNEY** |

PRESTON ALOOKHAI HUTESON, the undersigned defendant hereby substitutes T. LOUIS PALAZZO, ESQ., of PALAZZO LAW FIRM, PROFESSIONAL LAW CORPORATION, Address: 520 South Fourth Street, Second Floor, Las Vegas, NV 89101, Telephone: (702) 385-3850, as attorney of record in place and stead of FRANK P. KOCKA, ESQ., of the law office of FRANK P. KOCKA.

DATED this __18__ day of December, 2020.

_____
PRESTON ALOOKHAI HUTESON

I consent to the above substitution.

DATED this __24__ day of December, 2020.

_____
FRANK P. KOCKA, ESQ.

I am duly admitted to practice in this court.

Above substitution is accepted.

DATED this __24__ day of December, 2020.    /s/ Louis Palazzo
_____
T. LOUIS PALAZZO, ESQ.

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

**IT IS SO ORDERED**

**DATED:** 12:36 pm, December 29, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**