T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855
***Attorney for Defendant***
***Preston Alookhai Huteson***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTON ALOOKHAI HUTESON,<br><br>Defendant. | CASE NO.:   2:20-cr-00224-KJD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PREPARATION OF PRE-PLEA CRIMINAL HISTORY CALCULATION REPORT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between T. LOUIS PALAZZO, ESQ, of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, counsel for Defendant, PRESTON ALOOKHAI HUTESON, and STEPHANIE N. IHLER, ASSISTANT UNITED STATES ATTORNEY, counsel for the UNITED STATES OF AMERICA, that in anticipation of a Plea Agreement being reached between the parties, it is requested that a Pre-Plea Criminal History Calculation Report be prepared by the U.S. Probation Office.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

DATED: September 28th, 2021.                /s/ Stephanie N. Ihler
                                            STEPHANIE N. IHLER
                                            Assistant United States Attorney

                                            PALAZZO LAW FIRM, P.C.

DATED: September 28th, 2021.                 /s/ Louis Palazzo
                                            LOUIS PALAZZO, ESQ.
                                            Attorney for Defendant
                                            PRESTON ALOOKHAI HUTESON

# ORDER

Based upon the stipulation reached between the parties,

**IT IS HEREBY ORDERED** the U.S. Probation Office shall prepare and provide the parties a Pre-Plea Criminal History Calculation Report concerning Defendant. Preston Alookhai Huteson.

          **IT IS SO ORDERED**

          **DATED:** 9:20 am, September 29, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that on the 16th day of September, 2021, I served an electronic copy of the above STIPULATION AND [PROPOSED] ORDER RE: PREPARATION OF PRE-PLEA CRIMINAL HISTORY CALCULATION REPORT to all parties of record, *via* CM/ECF.

/s/ Miriam V. Roberts
An Employee of Palazzo Law Firm, PC

- 3 -