RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Preston Alookhai Huteson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>PRESTON ALOOKHAI HUTESON,<br><br>                    Defendant. | Case No. 2:20-cr-00224-KJD-BNW-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Preston Alookhai Huteson, that the Revocation Hearing currently scheduled on Tuesday, September 10, 2024, be vacated and continued to a date and time convenient to the Court, but not less than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Huteson made his initial appearance before this court on Thursday, August 29, 2024 and was released pending the resolution of the revocation petition.

2. On Wednesday, September 4, 2024, counsel for the defendant filed his notice of appearance in Mr. Huteson's case.

3. On Thursday, September 5, 2024, counsel for the defendant requested and received discovery from Mr. Huteson's probation officer. Probation has not yet made its sentencing recommendation.

4. Counsel for the defendant has not yet had the opportunity to meet with Mr. Huteson.

5. Counsel for the defendant needs additional time to counsel with Mr. Huteson, investigate the violations, and determine whether the parties are able to reach a resolution, which would obviate the need for a revocation hearing.

6. Mr. Huteson is not in custody.

7. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 6th day of September 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   |   |
|   /s/ Brian Pugh<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender |   /s/ Steven Rose<br>By_____<br>STEVEN ROSE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PRESTON ALOOKHAI HUTESON,<br><br>            Defendant. | Case No. 2:20-cr-00224-KJD-BNW-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 10, 2024 at 9:30 a.m., be vacated and continued to October 8, 2024 at the hour of 11:30 a.m. in courtroom 4A.

   DATED this 9th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE

3